IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN STATES INSURANCE
COMPANY, a Foreign Corporation,

    Plaintiff,

v.                                                         No. CIV-13-0670 SWS/LAM

BOBBY MARTINEZ, TINA MARTINEZ,
BAR-M CONSTRUCTION, INC., and
PREMIER HEATING, AIR
CONDITIONING AND ROOFING, INC.,

    Defendants.

## ORDER TO NOTIFY COURT REGARDING MARTINEZ DEFENDANTS

**THIS MATTER** is before the Court *sua sponte* following a telephonic status conference held on August 7, 2015, at which counsel for Plaintiff, Defendants Bobby and Tina Martinez, and Bar-M Construction, Inc., and Proposed Intervenor Mountain States Indemnity Co. were present. At the hearing, counsel for Plaintiff stated that she would notify the Court regarding whether her client intends to pursue her claims against the Martinez Defendants.

**IT IS THEREFORE ORDERED** that, *on or before August 21, 2015*, Plaintiff shall either file a notice with the Court stating that Plaintiff intends to pursue its claims against the Martinez Defendants, or, if Plaintiff does not intend to pursue its claims against these Defendants, it shall instead file a stipulation of dismissal of those claims.

**IT IS SO ORDERED.**

*Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**