IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AMERICAN STATES INSURANCE**
**COMPANY, a Foreign Corporation,**

    **Plaintiff,**

**v.**                                      **No. CIV-13-0670 SWS/LAM**

**BAR-M CONSTRUCTION, INC.,**

    **Defendants.**

## ORDER FOR PARTIES TO FILE A STATUS REPORT

    **THIS MATTER** is before the Court *sua sponte* upon a review of the docket.

    **IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before July 25, 2016,* advising of the status of the case and whether the parties would like the Court to reset a Settlement Conference.

    **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**